Shoham Segal, Esq.
Nevada State Bar No. 14950
**LVNV LEGAL**
1180 N. Town Center Dr., Suite 100
Las Vegas, Nevada 89144
Tel: (702) 660-6700
Email: Segal@Lvnvlegal.Com

*Local Counsel to Fanmio, Inc. and Solomon Engel*

Theodore (Tuvia) Sandler
Admitted *Pro Hac Vice*
**STOK KON + BRAVERMAN**
1 East Broward Blvd, Suite 915
Fort Lauderdale, FL 33301
Tel.: (954) 237-1777
Email: tsandler@stoklaw.com

*Counsel to Fanmio, Inc. and Solomon Engel*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, | Case No. 2:24-cv-01279 |
| Plaintiff, | |
| v. | Stipulation and Order to Extend Time to Respond to Plaintiff's Complaint |
| FANMIO, INC. *et al.*, | (First Request) |
| Defendants. | |

## STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff G&G Closed Circuit Events, LLC and Defendants Fanmio, Inc. and Solomon Engel stipulate to extend the deadline for Defendants to respond to Plaintiff's complaint by 14 days. Specifically, the deadline to respond to plaintiff's complaint is continued to August 30, 2024.

/ / /

/ / /

/ / /

1

1        This is the first stipulation for an extension of time to respond to Plaintiff's complaint. This

2 extension is to allow Defendants' counsel to return from a preplanned vacation prior to having to

3 file Defendants' response.

4 Date: August 15, 2024

5 Respectfully submitted:

6 By: /s/ *Theodore Sandler*

7 Theodore (Tuvia) Sandler, Esq. (admitted *pro hac vice*)
tsandler@stoklaw.com

8 **STOK KON + BRAVERMAN**
1 East Broward Blvd, Suite 915

9 Fort Lauderdale, FL 33301
Tel.: (954) 237-1777

10 *Counsel to Fanmio, Inc. and Solomon Engel*

11

12

13 Date: August 15, 2024

14 HONE LAW

15 */s/Leslie A. S. Godfrey*

16 Eric D. Hone, NV Bar No. 8499
ehone@hone.law

17 Leslie A. S. Godfrey, NV Bar No. 10229
lgodfrey@hone.law

18 701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

19 *Attorneys for Plaintiff*
*G&G Closed Circuit Events, LLC*

20

21 **ORDER**

22       IT IS SO ORDERED:

23

24 _____

25 Hon. Maximiliano D. Couvillier III
UNITED STATES DISTRICT JUDGE

26 DATED: 8/16/2024

27

28