**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Leslie A. S. Godfrey, NV Bar No. 10229
lgodfrey@hone.law
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone   702-608-3720
Fax       702-608-7814

*Attorneys for Plaintiff*
G&G CLOSED CIRCUIT EVENTS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FANMIO INC., a Florida Corporation; and SOLOMON ENGEL, an individual,<br><br>Defendant. | Case No.  2:24-cv-01279<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, G & G Closed Circuit Events, LLC, and Defendants, Fanmio, Inc. and Solomon Engel, that the above-entitled action is hereby dismissed **with prejudice** against Fanmio, Inc and Solomon Engel *in its entirety*.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced above shall bear its own attorneys' fees and costs.

| Dated the 9th day of June, 2025. | Dated the 9th day of June, 2025. |
|---|---|
| HONE LAW | LVNV LEGAL |
| /s/ Leslie A. S. Godfrey | /s/ Shoham Segal |
| Eric D. Hone, NV Bar No. 8499 | Shoham Segal NV Bar No. 14950 |
| ehone@hone.law | segal@lvnvlegal.com |
| Leslie A. S. Godfrey, NV Bar No. 10229 | LVNV LEGAL |
| lgodfrey@hone.law | 1180 N. Town Center Dr., Suite 100 |
| Kelly B. Stout, NV Bar No. 12105 | Las Vegas, NV 89144 |
| kstout@hone.law | |
| 701 N. Green Valley Parkway, Suite 200 | *Local Counsel for Defendants* |
| Henderson, NV 89074 | FANMIO, INC. AND SOLOMON ENGEL |

*Attorneys for Plaintiff*
G&G CLOSED CIRCUIT EVENTS, LLC

## ORDER

IT IS SO ORDERED.

*[signature]*

UNITED STATES DISTRICT JUDGE

Dated: June 11, 2025